PROB 12C
(6/16)

Report Date: March 15, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 15, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Peter Spitzauer    Case Number: 0980 2:13CR06071-001

Address of Offender:                          Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: June 9, 2015

Original Offense:       Ct. 1: Filing a False Tax Return, 26 U.S.C. § 7206(1); Ct. 2: Failure to File a Tax Return, 26 U.S.C. § 7203;

Original Sentence:      Prison - 48 months; TSR - 12 months       Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Thomas J. Hanlon       Date Supervision Commenced: June 16, 2017

Defense Attorney:       Alex B. Hernandez, III  Date Supervision Expires: June 15, 2018

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: Michael Peter Spitzauer is considered to be in violation of his period of supervised release by committing the offense of Statement in Application and Use of Passport, under 18 U.S.C. § 1542, on or prior to August 2, 2017.

   On June 19, 2017, the offender signed his Judgement in a Criminal Case acknowledging he understood he could not commit any additional federal, state, or local crime.

   On March 13, 2018, an Indictment under case number 4:18-CR-6012SMJ, was filed in U.S. District Court in the Eastern District of Washington alleging the above noted criminal offense. The offender is currently detained at the Benton County Jail and is scheduled to make an initial appearance on March 15, 2018.

    2    **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Michael Peter Spitzauer is considered to be in violation of his period of supervised release by committing the offense of False Statement, under 18 U.S.C. § 1001, on or prior to August 2, 2017.

On June 19, 2017, the offender signed his Judgement in a Criminal Case acknowledging he understood he could not commit any additional federal, state, or local crime.

On March 13, 2018, an Indictment under case number 4:18-CR-6012SMJ, was filed in U.S. District Court in the Eastern District of Washington alleging the above noted criminal offense. The offender is currently detained at the Benton County Jail and is scheduled to make an initial appearance on March 15, 2018.

    3    **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Michael Peter Spitzauer is considered to be in violation of his period of supervised release by committing the offense of Aggravated Identity Theft, under 18 U.S.C. § 1028A(a)(1), on or prior to August 2, 2017.

On June 19, 2017, the offender signed his Judgement in a Criminal Case acknowledging he understood he could not commit any additional federal, state, or local crime.

On March 13, 2018, an Indictment under case number 4:18-CR-6012SMJ, was filed in U.S. District Court in the Eastern District of Washington alleging the above noted criminal offense. The offender is currently detained at the Benton County Jail and is scheduled to make an initial appearance on March 15, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/15/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

03/15/2018
_____
Date